UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRASHEA STEVENSON,

    Plaintiff,

v.       Case No: 8:19-cv-1462-CEH-JSS

FRONTIER FLORIDA, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on May 4, 2023 (Doc. 54). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Defendant's Amended Motion to Tax Costs (Dkt. 53) be granted; (2) Defendant's Motion to Tax Costs (Dkt. 51) be denied as moot; and (3) Defendant be awarded reasonable costs in the amount of $1,537 as reflected in its proposed bill of costs (Dkt. 52). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 54) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Amended Motion to Tax Costs (Dkt. 53) is GRANTED.

(3) Defendant's Motion to Tax Costs (Dkt. 51) is DENIED as moot.

(4) Defendant is awarded reasonable costs in the amount of $1,537, as reflected in its proposed bill of costs (Dkt. 52).

**DONE AND ORDERED** at Tampa, Florida on May 22, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record